BARBARA WATSON v. THOMAS H. WATSON.

June 20, 1983.

Cross-petition for certification denied.

ANTHONY DELLA VALLE v. BOARD OF REVIEW,
DEPARTMENT OF LABOR AND INDUSTRY.

June 20, 1983.

Petition for certification denied.

GENARO GONZALEZ v. STATE FARM INSURANCE COMPANY.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BRANDFORD SMITH.

June 20, 1983.

Petition for certification denied.